# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO. 1:06-CV-00848

|  |  |
|---|---|
| ANWAR OUAZZANI-CHAHDI, <br><br> Plaintiff, <br><br> v. <br><br> GREENSBORO NEWS & RECORD, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

**ORDER ALLOWING MOTION FOR JUDGMENT ON THE PLEADINGS**

      This matter is before the Court on defendant Greensboro News & Record, Inc.'s Motion for Judgment on the Pleadings [Doc. # 16]. Having reviewed the pleadings and the defendant's arguments, the Court finds that the Motion for Judgment on the Pleadings should be ALLOWED.

      WHEREFORE, defendant's Motion for Judgment on the Pleadings [Doc. # 16] is hereby GRANTED. Plaintiff's Complaint [Doc. # 1], Amended Complaint [Doc. # 11], and this action should be and hereby are DISMISSED with prejudice.

      This the day of November 14, 2007

                                                            /s/ N. Carlton Tilley, Jr.
                                                United States District Judge